# EXHIBIT 2

 

ABOUT  RESOURCES  NEWS  INITIATIVES  GET INVOLVED

## U.S. Chamber Report Measures the Magnitude of Global Counterfeiting

2016 June 20

WASHINGTON, D.C. — The U.S. Chamber of Commerce Global Intellectual Property Center (GIPC) today released *Measuring the Magnitude of Global Counterfeiting*, which provides a breakdown of the share of physical counterfeiting for the 38 economies included in the U.S. Chamber of Commerce International IP Index.

"From fake medicines to bad brakes and lead-laden toys, counterfeit goods pose a real danger to consumers and a costly threat to the business community," said Mark Elliot, executive vice president of GIPC. "The 2016 International IP Index shows that leaders in both developing and developed economies increasingly recognize the connection between effective intellectual property protection and achieving their greatest economic potential. Similarly, this counterfeit report provides a closer look at the role individual economies play in this growing, global concern. For example, it is apparent that we need increased focus in the China and Hong Kong markets to combat counterfeits.

"Building on the Chamber's 38-economy Index, this report provides a tool to inform countries' efforts to crack down on the global problem, and cut off counterfeits at the source. Our report indicates that the value of goods seized is only a small percentage of the total $461 billion in global trade-related counterfeiting. This signals the need for increased resources for more effective enforcement efforts."

Similar to data recently released by the Organisation for Economic Co-operation and Development (OECD), GIPC's report found that as much as 86 percent of all global counterfeits originate in China and Hong Kong's markets, with the next largest share making up less than half a percent of global counterfeits. The report also suggests that customs authorities are only seizing as little as 2.5 percent of the value of total estimated counterfeits.

The 38 economies, chosen from the U.S. Chamber of Commerce International IP Index, account for nearly 85% of global gross domestic product (GDP). The Index is based on 30 measurable criteria critical to innovation including patent, copyright and trademark protections; enforcement; and engagement in international treaties, among others.

The Index ranks the economies in Algeria, Argentina, Australia, Brazil, Brunei, Canada, Chile, China, Colombia, Ecuador, France, Germany, India, Indonesia, Israel, Italy, Japan, Malaysia, Mexico, New Zealand, Nigeria, Peru, Poland, Russia, Singapore, South Africa, South Korea, Sweden, Switzerland, Taiwan, Thailand, Turkey, Ukraine, United Arab Emirates (UAE), United Kingdom (UK), United States (U.S.), Venezuela, and Vietnam.

The Global Intellectual Property Center is working around the world to champion intellectual property (IP) rights as vital to creating jobs, saving lives, advancing global economic growth, and generating breakthrough solutions to global challenges.

The U.S. Chamber of Commerce is the world's largest business federation representing the interests of more than 3 million businesses of all sizes, sectors, and regions, as well as state and local chambers and industry associations.

Tags: Counterfeiting, Counterfeits, Measuring the Magnitude of Global Counterfeiting

Like 0      Tweet

### SIGN UP FOR UPDATES FROM GIPC

First Name…

Last Name…

Email…

SUBMIT

### TAGS

ACTA, Brazil, CACP, Canada, China, Clean Technology, Copyright, Counterfeiting, Counterfeiting and Piracy, Dangerous Fakes, David Hirschmann, Economy, Enforcement, Europe, GIPC Events, GIPC Index, ICE, India, innovation, International, International IP Index, Internet, IP Champions, IP Creates Jobs, IP Delivers, IPEC, IP Summit, jobs, legislation, Mark Elliot, Measuring Momentum, National IP Strategy, patent, Piracy, Research Report, Rogue sites, safety, Special 301, State Fact Sheets, TPP, Trade, trade secrets, TTIP, USTR, Voices of IP

### GET CONNECTED

U. S. CHAMBER OF COMMERCE

 



ABOUT    RESOURCES    NEWS    INITIATIVES    GET INVOLVED

30m

 **The Global IP Center**
@globalIPcenter

Strong #IP systems deliver the latest and greatest #tech. Want the data? Check out the @USChamber #2017IPIndex.
theglobalipcenter.com/ipindex2017/



33m



© 2012 Global Intellectual Property Center  |  U.S. Chamber of Commerce
1615 H Street, NW  |  Washington, DC 20062-2000
Main: 202 463 5601  |  Fax: 202 463 3114  |  gipc@uschamber.com
Privacy Policy